DARREN T. BRENNER
Nevada Bar No. 8386
DBrenner@LRLaw.com
ANN MARIE MCLOUGHLIN
Nevada Bar No. 10144
AMcLoughlin@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for Defendant
Property and Casualty Insurance Company of Hartford

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FREE FARGO,<br><br>             Plaintiff,<br><br>vs.<br><br>PROPERTY AND CASUALTY INSURANCE OF HARTFORD, foreign corporation; and DOES I-X; and ROE CORPORATIONS II-X, inclusive,<br><br>             Defendants. | Case No. 2:10-cv-00299-PMP-RJJ<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED TO, by and between Plaintiff and Defendant, through their respective counsel of record, that the above-captioned action be

. . .

. . .

. . .

-1-

1  dismissed, with prejudice, each party to bear his/its own fees and costs.

4  Dated: September 1, 2010                    Dated:  August 30, 2010

6  CHAD A. BOWERS, LTD.                        LEWIS AND ROCA LLP

8  BY: /s/ Chad A. Bowers, Esq.                BY: /s/ Ann Marie Mcloughlin, Esq.
   CHAD A. BOWERS                              DARREN T. BRENNER
   Nevada Bar No. 7283                         Nevada Bar No. 8386
   3202 West Charleston Blvd.                  ANN MARIE MCLOUGHLIN
   Las Vegas, Nevada 89102                     Nevada Bar No. 10144
   Attorney for Plaintiff                      3993 Howard Hughes Parkway
                                               Suite 600
                                               Las Vegas, Nevada 89169
                                               Attorneys for Defendant Property and
                                               Casualty Insurance Company of
                                               Hartford

**IT IS SO ORDERED.**

*/s/ Philip M. Pro*
_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

Dated:__ September 2, 2010.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

537961.1